IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) ) ) ) | No.<br><br>JUDGMENT IN A CIVIL CASE |
| vs. |  |  |
| Defendant. |  |  |

***JURY VERDICT.*** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

***DECISION BY COURT:*** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Dated: _____     PRIDGEN J. WATKINS
                                   Clerk

                                   _____
                                   (By) Clerk